084117.0644(207) RMC:lab No. 397

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 23-cv-6646** |
| **211 NORTH GROVE CONDOMINIUM ASSOCIATION, an Illinois not-for-profit corporation, PROPERTY SERVICES NETWORK, LLC, an Illinois limited liability company, JACQUES CONWAY, CHERINA JONES, CAROL JAMES, and RONALD LAWLESS,** | ) | **Judge Lindsay Jenkins**<br>**Magistrate Judge Sheila Finnegan** |
| **Defendants.** | ) | |

## MOTION TO VOLUNTARILY DISMISS

Now comes the Plaintiff, Cambridge Mutual Fire Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and moves this Honorable Court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to dismiss this action with prejudice and with each party to bear its own costs as all matters in controversy have been settled and adjourned as to all parties other than Defendant Carol James, as to whom the underlying Plaintiff dismissed his action as to her and the claims against her in this action are moot, and said dismissal is to be with prejudice and without costs.

WHEREFORE, the Plaintiff, Cambridge Mutual Fire Insurance Company, respectfully asks that the Court dismiss this action with prejudice as to all parties and with each party to bear its own costs.

Respectfully submitted:

*/s/ Robert Marc Chemers*

Robert Marc Chemers
Bar No. 0431508
PRETZEL & STOUFFER, CHARTERED
200 South Wacker Drive
Suite 2600
Chicago, Illinois 60606
Telephone: (312) 578-7548
Fax: (312) 346-8242
E-Mail: rchemers@pretzelstouffer.com
*Attorneys for Plaintiff*